Gerald V. REDDICK, Appellant,

v.

Odie WASHINGTON and Joseph
Hennenberry, Appellees.

No. 04–7076.

United States Court of Appeals,
District of Columbia Circuit.

Nov. 29, 2004.

Gerald V. Reddick, Washington, DC, pro se.

Edward Eugene Schwab, Deputy Attorney General, Office of Attorney General for the District of Columbia, Washington, DC, for Defendants–Appellees.

Before GINSBURG, Chief Judge, and SENTELLE and HENDERSON, Circuit Judges.

### JUDGMENT

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. *See* Fed. R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's order filed April 28, 2004 be affirmed. The court did not abuse its discretion in dismissing appellant's action without prejudice for noncompliance with Fed.R.Civ.P. 8(a). *See, e.g., Salahuddin v. Cuomo,* 861 F.2d 40, 42–43 (2d Cir.1988).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.